[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Cornelison,* Slip Opinion No. 2016-Ohio-2968.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2016-OHIO-2968

THE STATE OF OHIO, APPELLEE, *v.* CORNELISON, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Cornelison,* Slip Opinion No. 2016-Ohio-2968.]**

*Criminal law—Felony Sentencing—Standard of review upon appeal of sentence— R.C. 2953.08(G)(2)—Judgment reversed, and cause remanded for application of* State v. Marcum.

(No. 2014-1402—Submitted April 7, 2016—Decided May 17, 2016.)

APPEAL from the Court of Appeals for Lake County,

No. 2013-L-064, 2014-Ohio-2884.

_____

{¶ 1} In *State v. Marcum*, ___ Ohio St.3d ___, 2016-Ohio-1002, ___ N.E.3d ___, we held that R.C. 2953.08(G)(2) allows an appellate court to increase, reduce, or otherwise modify a sentence only when it clearly and convincingly finds that the sentence is (1) contrary to law and/or (2) unsupported by the record.  *Id*. at ¶ 7.

{¶ 2} The judgment of the court of appeals in the instant case is reversed, and the cause is remanded to the court of appeals for application of *Marcum*.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

————————————

Charles E. Coulson, Lake County Prosecuting Attorney, and Alana A. Rezaee, Assistant Prosecuting Attorney, for appellee.

Derek Cek, for appellant.

————————————